**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT CRAWFORD, ) | |
| ) | |
| Plaintiff, ) | 3:10-cv-0683-ECR-RAM |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| WILLIAM BATTRICK, *et al.*, ) | |
| ) | |
| Defendants. ) | |

Before the Court is plaintiff's letter construed as a Motion for Clarification (ECF No. 10), which seeks confirmation of the date of remand of this matter to the Seventh Judicial District Court of Nevada. The Motion is **GRANTED**. The Clerk shall send the parties a copy of the Court's Order for remand entered December 20, 2010 (ECF No. 9). The defendants shall be served **electronically**, the plaintiff via U.S. Mail.

**IT IS SO ORDERED.**

DATED this 16th day of March 2011.

_Edward C. Reed_
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26